MESSNER REEVES, LLP
Charles C. Cavanagh (CA State Bar No. 198468)
Adam Royval (*Pro Hac Vice*)
1430 Wynkoop Street, Suite 300
Denver, CO 80202
Telephone: (303) 623-1800
Facsimile: (303) 623-0552
E-mail: ccavanagh@messner.com
       aroyval@messner.com

Attorneys for Defendant
CHIPOTLE SERVICES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL AREVALO,<br>          Plaintiff,<br>v.<br><br>CHIPOTLE SERVICES LLC; JOHN DOE; and DOES 1 to 100, inclusive,<br>          Defendants. | Case No. 2:14-CV-06652-CAS-PJW<br><br>**[PROPOSED] JUDGMENT**<br><br>Assigned To:<br>Judge:    Hon. Christina A. Snyder<br>Courtroom:  5 (Spring Street)<br><br>Trial Date:      May 17-25, 2016 |

The parties tried this action to a jury on May 17-25, 2016, Hon. Christina A. Snyder, District Court Judge presiding. The evidence presented, having been fully considered, the issues having been duly heard, and a jury verdict having been duly rendered, IT IS HEREBY ORDERED AND ADJUDGED

/ / /

/ / /

/ / /

- 1 -
**JUDGMENT**

that plaintiff Miguel Arevalo take nothing on the claims for relief asserted in his Complaint for Damages. Each Side shall bear its own attorneys' fees and costs.

Dated: August 23, 2016

By: *(signature)*
Hon. Christina A. Snyder
United States District Court Judge

Submitted by:

August 1, 2016

          MESSNER REEVES, LLP
          Charles C. Cavanagh
          Adam. M. Royval (pro hac vice)

          By: **/s/ *Charles Cavanagh***
               Charles C. Cavanagh
               Attorneys for Defendant
               CHIPOTLE SERVICES, LLC.

**JUDGMENT**